UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23098-CIV-LENARD/WHITE

**JALAL SAADAT MOHEISEN**,

        Petitioner,

vs.

**UNITED STATES OF AMERICA**,

        Respondent.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 12)
AND DENYING MOTION TO VACATE SENTENCE (D.E. 1)**

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 12), issued on August 5, 2010. In his Report, Magistrate Judge White recommends that Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (D.E. 1), filed on October 14, 2009, be denied. The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 12), issued on August 5, 2010, is **ADOPTED.**

    2.    Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255

(D.E. 1), filed on October 14, 2009, is **DENIED**.

3. This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of September, 2010.

                                                    *[signature]*
                                                   **JOAN A. LENARD**
                                                   **UNITED STATES DISTRICT JUDGE**